# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

GEARY MYERS, RELATOR, PRIVATE ATTORNEY GENERAL, INTERESTED PARTY,

        Petitioner

v.

JANE CUTLER GREENSPAN, KEOGH, FITZGERALD III, REBSTOCK, (JUDGES); LYNN ABRAHAM, ARLENE FISK, JUDE CONROY (DISTRICT ATTORNEY/ASSISTANT DISTRICT ATTORNEYS), VIVIAN T. MILLER (CLERK OF COURT) JOHN BELL#9144, RICHARD BOVA#9228, JOHN ERRECHIO#0609, FRANCIS PIERCE#9046, DAVID BAKER#0612, LEDDIE BROWN#9951, ALTHEA JONES#3663, KENNETH MCKENNEY#9986, MICHAEL COHEN#0763, HOWARD GELFAND#0629, JAMES LAMB#9071, MICHAEL DUFFY#9053, PAUL JESBERGER#531, JAMES KERRIGAN#251, RAYMOND DOUGHERTY#604, CARL SAMPSON#5265, KENNETH MARSAGLIA#3265, ANTHONY HAY#4495 (DETECTIVE(S)/ POLICEMEN/OFFICER(S) ABRAHAM POLOKOFF, MARGARET MCCOOK (BAIL COMMISSIONERS),

        Respondents

: No. 6 EM 2018
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

**AND NOW**, this 16th day of March, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and Request for Immediate Release is DENIED. The Prothonotary is DIRECTED to strike the names of the jurists from the caption.